**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SOUTHERN UNION CO. d/b/a
NEW ENGLAND GAS CO.,
Plaintiff

vs. C.A. No. 02-316T

RHODE ISLAND PUBLIC UTILITIES
COMMISSION; RHODE ISLAND DIVISION
OF PUBLIC UTILITIES AND CARRIERS;
SHELDON WHITEHOUSE, in his capacity
as Attorney General of the State of
Rhode Island and Providence Plantations,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to a Memorandum and Order entered by this Court on February 10th, 2006, judgment hereby enters on behalf of the Plaintiff Southern Union Co. against Defendants Rhode Island Public Utilities Commission, et al.

Enter:

Deputy Clerk

Dated: February 14th, 2006